**Order entered May 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00262-CV

### IN THE INTEREST OF T.C., A.C., J.D., AND K.J., CHILDREN

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-17-00829-W

## ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. Before the Court is appellant's May 14, 2019 second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **May 20, 2019**.

As appellant's brief was originally due April 8, 2019, failure to file the brief by **May 20, 2019** will result in an order for the trial court to conduct a hearing to determine why appellant's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel.

/s/     ERIN A. NOWELL
         JUSTICE